USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KEITHA LIGON-TOURAY,

        Plaintiff,

- against -                          **ORDER**

NATIONAL RAILROAD PASSENGER CORP.      18 CV 1782 (VM) (KNF)

        Defendant.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

        IT IS HEREBY ORDERED that the settlement conference scheduled previously in the above-captioned action for January 23, 2020, shall be held on February 18, 2020, at 2:30 p.m., in courtroom 228, 40 Centre Street, New York, New York.

Dated: New York, New York        SO ORDERED:
      December 20, 2019

                                                  _Kevin Nathaniel Fox_
                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE