```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
KEITHA LIGON-TOURAY,

                Plaintiff,

    - against -

NATIONAL RAILROAD PASSENGER CORP.,

                Defendant.
------------------------------------X

18-cv-1782 (VM)(KNF)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    A review of the Docket Sheet for this case indicates that there has been no record of any proceedings or filings of any papers or correspondence with the Court since December 22, 2020. (See "Letter," Dkt. No. 32.) At that time, the Court directed the parties to address the matter raised in the Letter with Magistrate Judge Fox, to whom the matter has been referred for settlement. (See Dkt. No. 21.) Accordingly, it is hereby

    **ORDERED** that plaintiff inform the Court, by Friday, March 5, 2021, concerning the status of this action and Plaintiff's contemplation with regard to any further proceedings. In the event no timely response to this Order is submitted, the Court may dismiss the action without further notice for lack of prosecution.

**SO ORDERED.**
Dated:    New York, New York
            1 March 2021

                                      _____
                                            Victor Marrero
                                            U.S.D.J.