USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
KEITHA LIGON-TOURAY,

               Plaintiff,

    - against -

NATIONAL RAILROAD PASSENGER CORP.,

               Defendant.
------------------------------------X

18-cv-1782 (VM)(KNF)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    It is hereby ordered that a pre-trial status conference in this matter shall be held before Judge Victor Marrero on March 26, 2021 at 10:30 a.m. In light of the ongoing public health emergency, the conference will be held via telephone. The parties are directed to use the dial-in number 888-363-4749 (international callers dial 215-446-3662), with access code 8392198.

**SO ORDERED.**
Dated:    New York, New York
          8 March 2021

                                        Victor Marrero
                                        U.S.D.J.