```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
KEITHA LIGON-TOURAY,               :
                                   :   18 Civ. 1782 (VM)(KNF)
                  Plaintiff,       :
                                   :         ORDER
       - against -                 :
                                   :
NATIONAL RAILROAD PASSENGER CORP., :
                                   :
                  Defendant.       :
                                   :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that the settlement conference currently scheduled for May 14, 2021 is hereby adjourned until June 25, 2021 at 1:00 p.m. In light of the ongoing public health emergency, the conference will be held via telephone. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**
Dated:   New York, New York
         10 May 2021

*Victor Marrero*
U.S.D.J.

1