```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
KEITHA LIGON-TOURAY,                :
                                    :   18 Civ. 1782 (VM)(KNF)
                Plaintiff,          :
                                    :          ORDER
        - against -                 :
                                    :
NATIONAL RAILROAD PASSENGER CORP.,  :
                                    :
                Defendant.          :
                                    :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2021

**VICTOR MARRERO, United States District Judge.**

By letter dated July 9, 2021, counsel for Defendant in the above-captioned matter informed the Court that the parties had reached an agreement in principle to settle this action without further litigation. (See Dkt. No. 38.) The Court subsequently issued a conditional discontinuance, closing the case on July 12, 2021. (See Dkt. No. 39.)

Sometime thereafter, a letter from plaintiff Keitha Ligon-Touray dated May 31, 2021 came to the Court's attention. Because the letter contains remarks that may implicate matters covered by the attorney-client privilege, the Court directs that the letter be entered in the docket of this action under seal. Since the settlement is now final, there is no further action for the Court on this matter at this time.

**SO ORDERED.**
Dated:   New York, New York
         19 August 2021

_____
Victor Marrero
U.S.D.J.